Christopher Easterling
1704 Woodson Drive
Apt B
Knoxville, TN 37920

16 January 2024

James H Quillen US Courthouse
220 West Depot Street
Suite 200
Greeneville, TN 37743

*Plaintiff: Christopher Kevin Easterling*
*V.*
*Defendant: Doctor Ravindra Murthy*
*2:24-cv-6*
*Judge: Atchley/*
*w/rick*

**FILED**
JAN 18 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Greetings Honorable Representatives of the James H Quillen US Courthouse,

    Here contains evidence for the Misdiagnosis of Gilbert's Syndrome, a genetic liver disorder. I, Christopher Kevin Easterling, was diagnosed with Gilbert's Syndrome in 2010 at the James H. Quillen VA Medical Center in Johnson City, TN. Health problems continued to progress until I had to pay out of pocket for testing. After extensive blood work and other testing in April 2021, paid for out of pocket, it was suspected by Doctor Jose Diaz-Ordaz Castillo on 16 April 2021 that my liver problems were presumably not genetic due to my blood work being normal before toxic exposure in Iraq in 2005. Later, a Geneticist Medical Doctor, Carlos Burciaga, M.D., made a report on a DNA test all paid for out of pocket. The report confirms I was not born with any genetic liver disorder. Confirmation for the misdiagnosis of Gilbert's Syndrome was realized upon completion of the report by Doctor Burciaga on 29 November 2023. The tort claim Misdiagnosis of Gilbert's Syndrome was sent to the Department of Veterans Affairs Office of General Counsel in Washington, D.C. earlier last year. There is also a tort claim involving lost active duty blood work which helps prove concealment. Due to concealment, the Gilbert's Syndrome Misdiagnosis tort claim will reach the end date for the statute of limitations on 16 April 2024, three years after the Gilbert's Syndrome was suspected to be a misdiagnosis.

Evidence for the tort claim regarding misdiagnosis of Gilbert's Syndrome is as follows:

Exhibit A – Gilbert's Misdiagnosis tort claim

Exhibit B – Letters from the VA showing receipt of tort claim

Exhibit C – Dr. Burciaga's report confirming no genetic liver disorder

Exhibit D – Post deployment papers from active duty showing toxic exposure

Exhibit E – Department of Veterans Affairs medical records showing original Gilbert's Syndrome diagnosis for Christopher Kevin Easterling

                            Total pages 34 including cover page

Respectfully submitted,

*CK Easterling*
CK Easterling
865-335-8581